

81 Main Street, Suite 215 | White Plains, NY 10601
Tel: 914.686.4800 | Fax: 914.686.4824

KEVIN J. HARRINGTON, PARTNER
kharrington@homlegal.com

June 28, 2023

<u>*Via ECF*</u>
Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: Sydney Hyman v. Andrew Fabbri and Jessica Cohen
     <u>Case No. 19-civ. 10506 (JR)</u>

Dear Judge Rearden:

  We represent the Plaintiff Sydney Hyman ("Plaintiff") in the above-referenced matter. This case was reassigned to Your Honor on January 24, 2023. Pursuant to Your Honor's Order dated January 31, 2023, the parties submitted a joint status letter on February 14, 2023 (Document #155) updating the Court on the status of this case.

  We are writing to Your Honor at this time in light of the Final Pretrial Scheduling Order (Document #149), dated July 11, 2022, which was so-ordered by Judge Analisa Torres setting this case for trial in her Courtroom beginning on October 23, 2023. The Final Pretrial Scheduling Order also set forth deadlines for the filing of motions *in limine* and other pretrial filings. A copy of the Final Pretrial Scheduling Order is attached hereto as Exhibit A.

Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
June 28, 2023
Page 2

    We respectfully request a conference with Your Honor to discuss whether the trial date and any of the pretrial filing dates referenced in the July 11, 2022 Final Pretrial Scheduling Order will be impacted due to the reassignment of this case to Your Honor.

    Thank you in advance for your consideration of this request.

Sincerely yours,

Kevin J. Harrington

KJH:sbt
Enc.

cc:    Counsel for Record (w/enc.), via ECF